In the Matter of the Petition of MATTHEW T. MEAGHER and NICHOLAS J. HUGHES, Respondents, to Prove the Last Will and Testament of WILLIAM McKEE, Late of Kings County, Deceased. ANNA JOHNSON and Others, Appellants.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

JOHN KEEGAN, Appellant, v. THE GREEN WOOD CEMETERY, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that, on the facts, the court could not say, as matter of law, that plaintiff had assumed the risk of driving the owner's horse, in view of the foreman's direction to drive him once more, which he promised should be the last time. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

GEORGE T. KELLY, Respondent, v. UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF SCARSDALE, WESTCHESTER COUNTY, NEW YORK, Appellant.— Order and interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

EDITH A. KING, Respondent, v. C. WILLIS KING, Appellant.— Third finding of fact reversed. Judgment modified by striking therefrom the provisions that the parties be separated from bed and board forever, and that the care, custody and education of the child be awarded to plaintiff; by reducing the weekly payment to the wife to $4 a week, and by striking out the award of $100 to plaintiff's attorneys; and as so modified affirmed, without costs to either party. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concur.

FRED J. KNIGHT and PETER H. BUSH, Copartners, etc., Respondents, v. MACGRANE COXE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

HENRY McGUINESS, Respondent, v. SIDNEY BEIR, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.